UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GRACIELA DONCOUSE,

                              Plaintiff,

            -against-

VILLAGE BAZAAR INC.,
and 351 6TH AVENUE, LLC,

                              Defendants.

--------------------------------------------------------X

*Civil Action No.*

1:25-cv-03465-GHW

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE,** and Defendants,

**VILLAGE BAZAAR INC.** and **351 6TH AVENUE, LLC,** hereby notify this Honorable Court

that a settlement has been reached in principle in the above-referenced case among the parties. The

parties are drafting the necessary documents and anticipate finalizing the agreement within the

next few weeks. Accordingly, we respectfully request that a forty-five (45) day order be issued.

Dated: New York, New York
          August 6, 2025

                                                            By:_____
                                                                Bradly G. Marks
                                                                The Marks Law Firm, PC
                                                                155 E 55th Street, Suite 4H
                                                                New York, NY 10022
                                                                T:(646) 770-3775